

Edna C. Ward, Plaintiff-Appellee, v. Peoria Transit Lines, Inc., Defendant-Appellant.

Gen. No. 10,709. (Abstract of Decision.)

Cassidy, Sloan & Cassidy, for appellant; Richard H. Radley, for appellee. Opinion by JUSTICE WOLFE. **Not to** be published in full. Opinion filed March 26, 1954; released for publication April 12, 1954.

Emma M. Dana, Plaintiff-Appellant, v. Bernard B. Neuchiller, Defendant-Appellee.

Gen. No. 10,732. (Abstract of Decision.)

